# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHAWN RICE,<br><br>    Defendant. | 2:09-cr-00078-JCM-RJJ<br>2:10-cr-00520-JCM-RJJ<br><br>**ORDER**<br><br>Defendant Rice's Motion for Independent and Unbiased Court (#243) (#26) |

This matter comes before the Court on Defendant Rice's Motion for Independent and Unbiased Court (#243) and (#26). The Court has reviewed the motions (#243) and (#26) and the Responses (#259) and (#36) thereto.

## **BACKGROUND**

On March 3, 2009, Rice was indicted and charged with one count of conspiracy to commit money laundering pursuant to 18 U.S.C. § 6156(h), thirteen counts of money laundering pursuant to 128 U.S.C. § 1656(a)(3)(A), and aiding and abetting.

On June 14, 2012, Rice filed this Motion for Independent and Unbiased Court (#243) (#26) asserting that the Court has a conflict of interest pursuant to 28 U.S.C. §§ 454[1] and 455. Aside from the assertion that the judge in this case has "invested in assets that bias the court," Rice provides neither evidence of bias nor details regarding what that bias might be.

---

[1] Section 454 states that "[a]ny justice or judge appointed under the authority of the United States who engages in the practice of law is guilty of a high misdemeanor." 28 U.S.C. § 454. As Rice does not actually allege that the district judge or magistrate judge assigned to this case are engaging in the practice of law, this section appears to have been cited in error.

1    Rice has requested that the Court produce: (1) "the original oath of office and all supporting documents for examination to establish that the court has jurisdiction proceed;" and (2) "a certified copy of the Judges [sic] financial statements within the last 90 days to insure that the judge has no conflict of interest in this case." Motion (#243) at 2.

Rice also requests that the Court "make proper findings of fact and law on all documents filed with the court, citing Supreme Court authority for its rulings, without bias," and that "the judge and magistrate [judge] in this case issue a ruling on whether they have a conflict of interest in these proceedings." *Id*.

## **DISCUSSION**

Pursuant to 28 U.S.C. § 455 any judge or magistrate judge must "disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Federal judges are under a duty to monitor their financial and personal situations and to disqualify themselves in cases of bias, or the reasonable appearance of bias. On the other hand, judges have no duty to produce evidence of their impartiality merely because a party requests it. Further, Rice has not presented any evidence which would reasonably cause the impartiality of the district judge or magistrate judge to be called into question. Rice's requests for evidence of impartiality from the Court is wholly inappropriate and will be denied.

## **CONCLUSION**

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED  Defendant Rice's Motion for Independent and Unbiased Court (#243) and (#26) are **DENIED**.

DATED this __17th__ day of July, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge