# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHAWN TALBOT RICE,

    Defendant.

Case No. 2:09-cr-00078-JCM-GWF
Case No. 2:10-cr-00520-JCM-GWF

**ORDER**

These matters come before the Court on identical motions filed by Defendant in two related cases, No. 2:09-cr-00078-JCM-GWF ("*Rice I*") and No. 2:10-cr-00520-JCM-GWF ("*Rice II*"): Defendant's Motion to Waive all Court Fees (*Rice I* #302; *Rice II* #66), filed on September 17, 2012; Motion to Direct Warden to Process In Forma Pauperis Application (*Rice I* #312; *Rice II* #73), filed on December 5, 2012; Motion to Approve in Forma Pauperis Status (*Rice I* #320; *Rice II* #81), filed on January 7, 2013; and Motion for Court to Direct Reporter to Produce Transcripts (*Rice I* #321; *Rice II* #82), filed on January 11, 2013. Plaintiff filed a Response (*Rice I* #313; *Rice II* #75) to the Motion to Direct Warden (*Rice I* #312; *Rice II* #73) on December 12, 2012. These cases were reassigned to this Court on January 24, 2013. *See* Rice I *Doc. #327;* Rice II *Doc. #87*. Defendant is acting in proper person in these matters.

Defendant was convicted after bench trial in both *Rice I* and *Rice II* before the District Judge on July 24, 2012. *See* Rice I *Doc. #285;* Rice II *Doc. # 60*. After filing his Motion to Waive Court Fees (*Rice I* #302; *Rice II* #66), Defendant filed a Petition to Vacate under 28 U.S.C. § 2255 (*Rice I* #309; *Rice II* #70). The District Court denied the Petition as premature. (*Rice I* #325; *Rice II* #85). Sentencing for both cases is scheduled on February 7, 2013. *See* Rice I *Doc. # 326;* Rice II *Doc. #87*. The Court construes the instant Motions as repeated requests to obtain copies of the *Rice*

*I* and *II* trial transcripts, and to waive the transcript fees. In its Response (*Rice I* #313; *Rice II* #75; at 4:7-9), Plaintiff represents it has no opposition to this request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Waive all Court Fees (*Rice I* #302; *Rice II* #66), Motion Direct Warden Veach (*Rice I* #312; *Rice II* #73), Motion to Approve in Forma Pauperis Status (*Rice I* #320; *Rice II* #81), and Motion to Direct Reporter (*Rice I* #321; *Rice II* #82) are **granted** in part and **denied** in part as follows:

(1) To the extent they relate to Defendant's Petition to Vacate (*Rice I* #309; *Rice II* #70), the Motions are **denied** as moot.

(2) To the extent they relate to Defendant's desire to use the trial transcripts at his sentencing, the Motions are **granted**.

**IT IS FURTHER ORDERED** that Defendant shall be provided with copies of the transcripts of the July 23 and July 24, 2012 bench trial in Case Nos. 2:09-cr-00078-JCM-GWF and 2:10-cr-00520-JCM-GWF.

**IT IS FURTHER ORDERED** that the fee for the transcripts shall be waived.

DATED this 29th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge